
ORIGINAL

FILED

03/28/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: PR 07-0011

IN THE SUPREME COURT OF THE STATE OF MONTANA

PR 07-0011

_____

IN THE MATTER OF CALLING A RETIRED
DISTRICT JUDGE TO ACTIVE SERVICE

O R D E R

_____

Honorable Deborah Kim Christopher, Judge of the District Court for the Twentieth Judicial District of the State of Montana, has requested the assistance of retired District Judge Mike Salvagni to assume jurisdiction of Second Judicial District Court Cause No. DV-20-403, *Vicevich, et al. v. Kultgen.*

Judge Salvagni has retired under the provisions of the Montana Judges' Retirement System and, being subject to call for duty pursuant to § 19-5-103(a) and (b), MCA, has advised that he is agreeable to assisting the Second Judicial District Court with the above-listed matter.

IT IS HEREBY ORDERED that Honorable Mike Salvagni, retired District Judge, is hereby called to active service in the District Court of the Second Judicial District of the State of Montana, to assume judicial authority of Cause No. DV-20-403, *Vicevich, et al. v. Kultgen,* and is hereby authorized to proceed with any and all necessary hearings, opinions, and orders, including final resolution of said matter.

For all active service, Judge Salvagni shall be paid the salary compensation to which he is entitled by § 19-5-103(2)(b), MCA, and actual expenses, if any, shall be reimbursed.

IT IS FURTHER ORDERED that the Clerk of Lake County is directed to transfer the District Court file to the Clerk of Court of Butte-Silver Bow County and provide a copy of this Order to all counsel of record in the above-listed matter.

IT IS FURTHER ORDERED that a copy of this Order shall be filed with the Clerk of Court of Butte-Silver Bow County.

4. A copy of this Order shall also be furnished to Honorable Deborah Kim Christopher, Honorable Mike Salvagni, and to Cathy Pennie, Office of the Supreme Court Administrator.

The Chief Justice enters this Order pursuant to Article VII, Section 6(3) of the 1972 Montana Constitution, and statutes enacted in conformity therewith and in implementation thereof.

DATED this 28 day of March, 2024.

_____
Chief Justice